# Notice Recipients

District/Off: 0420−2         User: admin         Date Created: 03/31/2020
Case: 20−01654−dd         Form ID: b309a         Total: 18

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Norman Eugene Witmer, Jr. | 2205 Salem Drive East | Beaufort, SC 29902 | |
| jdb | Alicia Sheppard Witmer | 2205 Salem Drive East | Beaufort, SC 29902 | |
| ust | US Trustee's Office | Strom Thurmond Federal Building | 1835 Assembly St. | Suite 953  Columbia, SC 29201 |
| tr | Kevin Campbell | PO Box 684 | Mount Pleasant, SC 29465 | |
| aty | R. Michael Drose | 3955 Faber Place Drive | Suite 103 | North Charleston, SC 29405 |
| 543831387 | 455 Katy Fort Bend Rd LLC | 4950 Terminal St | Bellaire TX 77401 | |
| 543831388 | Beaufort County Treasurer | PO Drawer 487 | Beaufort SC 29901−0487 | |
| 543831389 | CarMax | 12800 Tuckahoe Creek Pkwy | Richmond VA 23238 | |
| 543831390 | Chase Bank | PO Box 15129 | Wilmington DE 19850 | |
| 543831391 | Child Support Enforcement Division | Department of Social Services | PO Box 1469 | Columbia SC 29202−1469 |
| 543831392 | Coastal Carolina Medical Center | 1000 Medical Center Drive | Hardeeville SC 29927 | |
| 543831393 | Comcast Business | PO Box 63407 | North Charleston SC 29419 | |
| 543831394 | Enclave Properties | 4950 Terminal St. | Bellaire TX 77401 | |
| 543831395 | Freedom Mortgage | 907 Pleasant Valley Avenue | Mount Laurel NJ 08054 | |
| 543831396 | Kathryn Gilmer | Fenwick Village Dr. | Savannah GA 31419 | |
| 543831397 | Little Land Play Gym | 13776 N. Hwy 183, Ste 107 | Austin TX 78750 | |
| 543831398 | People Fund | 2921 E. 17th St. Bldg D, Ste 1 | Austin TX 78702 | |
| 543831399 | SC Department of Revenue | Taxable Processing Center | PO Box 101100 | Columbia SC 29211 |

TOTAL: 18