UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

NORMAN EUGENE WITMER, JR.
Last four digits of SS #: 8333
ALICIA SHEPPARD WITMER
Last four digits of SS #: 8302
2205 Salem Drive East
Beaufort, SC 29902

          Debtor.

CASE NO: 20-01654-JW

CHAPTER 7

## STATEMENT OF CHANGE FOR AMENDED SCHEDULE C : THE PROPERTY YOU CLAIM AS EXEMPT

The Debtor hereby amends his Schedule C : The Property You Claim as Exempt, Line from Schedule A/B: 1,10, and 17.

    /s/ R. Michael Drose
R. Michael Drose, District Court I.D. #609
Drose Law Firm
Attorneys for the Debtor
3955 Faber Place Dr., Ste. 103
Charleston, SC 29405
843-767-8888; 843-620-1035 fax
drose@droselaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Statement of Change with a copy of the Amended Schedule C : The Property You Claim as Exempt on the Chapter 7 Trustee, Kevin Campbell. by electronic service through CM/ECF.

    /s/ Alana Only
Office Personnel
Drose Law Firm

Date: 05/21/2020

**Fill in this information to identify your case:**

Debtor 1: Norman Eugene Witmer, Jr.

Debtor 2 (Spouse if, filing): Alicia Sheppard Witmer

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known): 20-01654

■ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 772 Melissa Dr. Hinesville, GA 31313 Liberty County<br>Rental property<br>Line from *Schedule A/B*: 1.1 | $125,000.00 | ■ $4,908.02<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) $4908.02 - unused household goods exemption |
| 772 Melissa Dr. Hinesville, GA 31313 Liberty County<br>Rental property<br>Line from *Schedule A/B*: 1.1 | $125,000.00 | ■ $4,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) $4100 - unused vehicle exemption |
| 2013 Chevrolet Equinox 90,000 miles VIN # 2GNALDEK1D1212761<br>Location: 2205 Salem Drive East, Beaufort SC 29902<br>Line from *Schedule A/B*: 3.1 | $5,000.00 | ■ $470.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| Misc Household Goods and Furnishings<br>Location: 2205 Salem Dr. East, Beaufort SC 29902<br>Line from *Schedule A/B*: 6.1 | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1  **Norman Eugene Witmer, Jr.**
Debtor 2  **Alicia Sheppard Witmer**                                                          Case number (if known)  **20-01654**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Misc Electronics**  Location: 2205 Salem Drive East, Beaufort SC 29902  Line from Schedule A/B: **7.1** | $1,000.00 | ■ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Misc Wearing Apparel**  Location: 2205 Salem Drive East, Beaufort SC 29902  Line from Schedule A/B: **11.1** | $100.00 | ■ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Misc Wearing Apparel**  Location: 2205 Salem Drive East, Beaufort SC 29902  Line from Schedule A/B: **11.2** | $100.00 | ■ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Misc Jewelry**  Location: 2205 Salem Drive East, Beaufort SC 29902  Line from Schedule A/B: **12.1** | $100.00 | ■ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Misc Jewelry**  Location: 2205 Salem Drive East, Beaufort SC 29902  Line from Schedule A/B: **12.2** | $1,000.00 | ■ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Checking: Navy Federal Credit Union (xx1201)**  Line from Schedule A/B: **17.1** | $17,303.37 | ■ $17,303.37  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) $17,303.37 - unused household goods exemption |
| **Savings: Navy Federal Credit Union (xx3502)**  Line from Schedule A/B: **17.2** | $1,145.40 | ■ $1,145.40  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) $1145.40 - unused household goods exemption |
| **Checking: Navy Federal Credit Union (xx5802)**  Line from Schedule A/B: **17.3** | $43.21 | ■ $43.21  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) $43.21 - unused household goods exemption |
| **Savings: Navy Federal Credit Union (xx8843)**  Line from Schedule A/B: **17.4** | $300.00 | ■ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) $300 - unused household goods exemption |
| **IRA: TSP**  Line from Schedule A/B: **21.1** | $8,559.43 | ■ $8,559.43  ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Norman | Eugene | Witmer, Jr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Alicia | Sheppard | Witmer |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number  20-01654
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| X   /s/ Norman Eugene Witmer, Jr. | X   /s/ Alicia Sheppard Witmer |
|---|---|
| Norman Eugene Witmer, Jr. | Alicia Sheppard Witmer |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date   May 21, 2020 | Date   May 21, 2020 |

Official Form 106Dec         Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy