# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–2 | User: admin | Date Created: 7/10/2020 |
| Case: 20–01654–dd | Form ID: 159BNC | Total: 19 |

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| ust | US Trustee's Office | | USTPRegion04.CO.ECF@usdoj.gov |
| aty | Ann U. Bell | | drose@droselaw.com |
| aty | R. Michael Drose | | Drose@Droselaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Norman Eugene Witmer, Jr. | 2205 Salem Drive East | Beaufort, SC 29902 | | |
| jdb | Alicia Sheppard Witmer | 2205 Salem Drive East | Beaufort, SC 29902 | | |
| tr | Kevin Campbell | PO Box 684 | Mount Pleasant, SC 29465 | | |
| 543831387 | 455 Katy Fort Bend Rd LLC | 4950 Terminal St | Bellaire TX 77401 | | |
| 543831388 | Beaufort County Treasurer | PO Drawer 487 | Beaufort SC 29901–0487 | | |
| 543831389 | CarMax | 12800 Tuckahoe Creek Pkwy | Richmond VA 23238 | | |
| 543831390 | Chase Bank | PO Box 15129 | Wilmington DE 19850 | | |
| 543831391 | Child Support Enforcement Division | Department of Social Services | PO Box 1469 | Columbia SC 29202–1469 | |
| 543831392 | Coastal Carolina Medical Center | 1000 Medical Center Drive | Hardeeville SC 29927 | | |
| 543831393 | Comcast Business | PO Box 63407 | North Charleston SC 29419 | | |
| 543831394 | Enclave Properties | 4950 Terminal St. | Bellaire TX 77401 | | |
| 543831395 | Freedom Mortgage | 907 Pleasant Valley Avenue | Mount Laurel NJ 08054 | | |
| 543831396 | Kathryn Gilmer | Fenwick Village Dr. | Savannah GA 31419 | | |
| 543831397 | Little Land Play Gym | 13776 N. Hwy 183, Ste 107 | Austin TX 78750 | | |
| 543831398 | People Fund | 2921 E. 17th St. Bldg D, Ste 1 | Austin TX 78702 | | |
| 543831399 | SC Department of Revenue | Taxable Processing Center | PO Box 101100 | Columbia SC 29211 | |

TOTAL: 16