**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>NORMAN EUGENE WITMER, JR.<br>Last four digits of Social Security #: 8333<br>ALICIA SHEPPARD WITMER<br>Last four digits of Social Security #: 8302<br>2205 Salem Drive East<br>Beaufort, SC 29902<br><br><br>Debtor. | CASE NO: 20-01654-dd<br><br>CHAPTER 7 |

**STATEMENT OF CHANGE FOR AMENDED SCHEDULE A/B : PROPERTY**

The Debtor hereby amends their Schedule A/B : Property, Part 28

**STATEMENT OF CHANGE FOR AMENDED SCHEDULE C :**
**THE PROPERTY YOU CLAIM AS EXEMPT**

The Debtor hereby amends his Schedule C : The Property You Claim as Exempt, Lines from Schedule A/B: 1 and 28

**STATEMENT OF CHANGE FOR AMENDED SCHEDULE G :**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The debtor hereby amend her Schedule G : Executory Contracts and Unexpired Leases to assume the leasing agreement held by US Real Estate Professionals, LLC..

          /s/ R. Michael Drose
R. Michael Drose, District Court I.D. #609
Drose Law Firm
Attorney for the Debtor
3955 Faber Place Dr., Ste. 103
Charleston, SC 29405
843-767-8888; 843-620-1035 fax
drose@droselaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing Statement of Change with a copy of the Amended Schedule A/B : Property, Amended Schedule C: The Property You Claim As Exempt, and Amended Schedule G: Executory Contracts and Unexpired Leases on the Chapter 7 Trustee, Kevin Campbell, by electronic service through CM/ECF.

          /s/ Alana Only
Office Personnel
Drose Law Firm

3955 Faber Place Dr., Ste. 103
Charleston, SC 29405

Date: July 13, 2020

843-767-8888; 843-620-1035 fax
drose@droselaw.com

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Norman Eugene Witmer, Jr.** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse, if filing) | **Alicia Sheppard Witmer** | |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | |
| Case number | 20-01654 | ■ Check if this is an amended filing |

# Official Form 106A/B
# Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

**772 Melissa Dr.**
Street address, if available, or other description

**Hinesville   GA   31313-0000**
City       State    ZIP Code

**Liberty**
County

**What is the property?** Check all that apply
- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$125,000.00**

Current value of the portion you own? **$125,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**Rental property**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................=>**   **$125,000.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Norman Eugene Witmer, Jr. | | |
|---|---|---|---|
| Debtor 2 | Alicia Sheppard Witmer | Case number *(if known)* | **20-01654** |

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☒ Yes

   | 3.1 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
   |---|---|---|---|---|
   | | Model: | **Equinox** | ☐ Debtor 1 only | |
   | | Year: | **2013** | ☐ Debtor 2 only | |
   | | Approximate mileage: | **90,000** | ☒ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
   | | Other information: | | ☐ At least one of the debtors and another | |
   | | VIN # 2GNALDEK1D1212761 Location: 2205 Salem Drive East, Beaufort SC 29902 | | ☐ Check if this is community property (see instructions) | $5,000.00 / $5,000.00 |

   | 3.2 | Make: | **GMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
   |---|---|---|---|---|
   | | Model: | **Acadia** | ☐ Debtor 1 only | |
   | | Year: | **2015** | ☐ Debtor 2 only | |
   | | Approximate mileage: | **65,000** | ☒ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
   | | Other information: | | ☐ At least one of the debtors and another | |
   | | VIN # 1GKKRPKD7FJ281518 Location: 1110 Azalea Dr, Augusta GA 30904 | | ☐ Check if this is community property (see instructions) | $13,500.00 / $13,500.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................=>   **$18,500.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....

   | Misc Household Goods and Furnishings Location: 2205 Salem Dr. East, Beaufort SC 29902 | $1,500.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.....

   | Misc Electronics Location: 2205 Salem Drive East, Beaufort SC 29902 | $1,000.00 |
   |---|---|

| | | |
|---|---|---|
| Debtor 1 | **Norman Eugene Witmer, Jr.** | |
| Debtor 2 | **Alicia Sheppard Witmer** | Case number *(if known)* **20-01654** |

8. **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes. Describe.....

10. **Firearms**
     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
     ☐ No
     ■ Yes. Describe.....

| | |
|---|---:|
| **1 Handgun and 1 Shotgun**<br>**Location: 2205 Salem Drive East, Beaufort SC 29902** | **$400.00** |

11. **Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
     ☐ No
     ■ Yes. Describe.....

| | |
|---|---:|
| **Misc Wearing Apparel**<br>**Location: 2205 Salem Drive East, Beaufort SC 29902** | **$100.00** |
| **Misc Wearing Apparel**<br>**Location: 2205 Salem Drive East, Beaufort SC 29902** | **$100.00** |

12. **Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
     ☐ No
     ■ Yes. Describe.....

| | |
|---|---:|
| **Misc Jewelry**<br>**Location: 2205 Salem Drive East, Beaufort SC 29902** | **$100.00** |
| **Misc Jewelry**<br>**Location: 2205 Salem Drive East, Beaufort SC 29902** | **$1,000.00** |

13. **Non-farm animals**
     *Examples:* Dogs, cats, birds, horses
     ■ No
     ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
     ■ No
     ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................**     **$4,200.00**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**     **Current value of the portion you own?**

Official Form 106A/B     Schedule A/B: Property     page 3

| Debtor 1 | **Norman Eugene Witmer, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Alicia Sheppard Witmer** | Case number *(if known)* | **20-01654** |

Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................    Institution name:

    | | 17.1. | **Checking** | **Navy Federal Credit Union (xx1201)** | $17,303.37 |
    |---|---|---|---|---|
    | | 17.2. | **Savings** | **Navy Federal Credit Union (xx3502)** | $1,145.40 |
    | | 17.3. | **Checking** | **Navy Federal Credit Union (xx5802)** | $43.21 |
    | | 17.4. | **Savings** | **Navy Federal Credit Union (xx8843)** | $300.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
    Name of entity:                                        % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:              Institution name:

    | | **IRA** | **TSP** | $8,559.43 |
    |---|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

Official Form 106A/B                    Schedule A/B: Property                                        page 4
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Norman Eugene Witmer, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Alicia Sheppard Witmer** | Case number *(if known)* | **20-01654** |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

|  | Taxes filed for 2019 | Federal | $3,788.00 |
|---|---|---|---|
|  | Taxes filed for 2019 | State | $132.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **USAA Term Life Insurance Policy - no surrender cash value (debtor 1)** | **Alicia Witmer** | **$0.00** |

| Debtor 1 | **Norman Eugene Witmer, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Alicia Sheppard Witmer** | Case number *(if known)* | **20-01654** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................**     $31,271.41

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
    If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here .....................................**     $0.00

| Debtor 1 | **Norman Eugene Witmer, Jr.** | | |
|---|---|---|---|
| Debtor 2 | **Alicia Sheppard Witmer** | Case number *(if known)* | **20-01654** |

| **Part 8:** | **List the Totals of Each Part of this Form** |

| | | | | | |
|---|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | | | **$125,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$18,500.00** | | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$4,200.00** | | | |
| 58. | **Part 4: Total financial assets, line 36** | **$31,271.41** | | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$53,971.41** | Copy personal property total | | **$53,971.41** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | | **$178,971.41** |

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Norman Eugene Witmer, Jr.** | |
| | First Name         Middle Name         Last Name | |
| Debtor 2 | **Alicia Sheppard Witmer** | |
| (Spouse if, filing) | First Name         Middle Name         Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | |
| Case number | **20-01654** | |
| (if known) | | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2013 Chevrolet Equinox 90,000 miles VIN # 2GNALDEK1D1212761**<br>**Location: 2205 Salem Drive East, Beaufort SC 29902**<br>Line from *Schedule A/B*: **3.1** | $5,000.00 | ■ $470.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Misc Household Goods and Furnishings**<br>**Location: 2205 Salem Dr. East, Beaufort SC 29902**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Misc Electronics**<br>**Location: 2205 Salem Drive East, Beaufort SC 29902**<br>Line from *Schedule A/B*: **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Misc Wearing Apparel**<br>**Location: 2205 Salem Drive East, Beaufort SC 29902**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| | |
|---|---|
| Debtor 1 | **Norman Eugene Witmer, Jr.** |
| Debtor 2 | **Alicia Sheppard Witmer** |

Case number (if known)  **20-01654**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Misc Wearing Apparel**  Location: 2205 Salem Drive East, Beaufort SC 29902  Line from *Schedule A/B*: **11.2** | $100.00 | ■ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Misc Jewelry**  Location: 2205 Salem Drive East, Beaufort SC 29902  Line from *Schedule A/B*: **12.1** | $100.00 | ■ $100.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Misc Jewelry**  Location: 2205 Salem Drive East, Beaufort SC 29902  Line from *Schedule A/B*: **12.2** | $1,000.00 | ■ $1,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Checking: Navy Federal Credit Union (xx1201)**  Line from *Schedule A/B*: **17.1** | $17,303.37 | ■ $17,303.37  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: Navy Federal Credit Union (xx3502)**  Line from *Schedule A/B*: **17.2** | $1,145.40 | ■ $1,145.40  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Navy Federal Credit Union (xx5802)**  Line from *Schedule A/B*: **17.3** | $43.21 | ■ $43.21  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: Navy Federal Credit Union (xx8843)**  Line from *Schedule A/B*: **17.4** | $300.00 | ■ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **IRA: TSP**  Line from *Schedule A/B*: **21.1** | $8,559.43 | ■ $8,559.43  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Federal: Taxes filed for 2019**  Line from *Schedule A/B*: **28.1** | $3,788.00 | ■ $3,788.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **State: Taxes filed for 2019**  Line from *Schedule A/B*: **28.2** | $132.00 | ■ $132.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Norman Eugene Witmer, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Alicia Sheppard Witmer** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number   **20-01654**
(if known)

■ Check if this is an amended filing

# Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **455 Katy Fort Bend Rd LLC**<br>**4950 Terminal St**<br>**Bellaire, TX 77401** | **Business property lease for 10 years, the business has been closed and is unable to keep the lease.** |
| 2.2 | **US Real Estate Professionals, LLC**<br>**201 E. General Stewart Way**<br>**Hinesville, GA 31313** | **Debtor 1 is actively in a leasing/management agreement for his property at 772 Melissa Drive. Hinesville, GA 31313. This agreement is active until 03/31/2022.** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Norman Eugene Witmer, Jr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Alicia Sheppard Witmer** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number (if known) | 20-01654 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules      12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

■ **Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _/s/ Norman Witmer_       X _/s/ Alicia Witmer_
**Norman Eugene Witmer, Jr.**       **Alicia Sheppard Witmer**
Signature of Debtor 1       Signature of Debtor 2

Date   07/14/2020       Date   07/14/2020

Official Form 106Dec       **Declaration About an Individual Debtor's Schedules**